AO 106 (Rev. 06/09) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

**FILED**
AUG 16 2019
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

In the Matter of the Search of
the premises of 1005A South Tucker Boulevard, Saint Louis, Missouri, 63104, within the Eastern District of Missouri. 1005A South Tucker Boulevard is described as a single-family apartment located on the second-floor, southeast corner, of a multi-family apartment building, of brick and wood frame construction. The door to 1005A South Tucker Boulevard is of metal construction and faces north. The residence is clearly marked with the numerics "1005A" on the outside of the building.

Case No. 4:19 MJ 6280 PLC

## APPLICATION FOR A SEARCH WARRANT

I, Task Force Officer Marc Wasem, a federal law enforcement officer or an attorney for the government request a search warrant and state under penalty of perjury that I have reason to believe that on the following property:

1005A South Tucker Boulevard, Saint Louis, Missouri, 63104

located in the ___EASTERN___ District of ___MISSOURI___, there is now concealed

United States Currency; Safes; Cellular telephones and other electronic devices; Indicia of occupancy, ownership and control; Controlled substances, including Marijuana; Scales and other drug distribution paraphernalia; Firearms and ammunition; Backpack used to store U.S. currency; Any other items of contraband related to the charges listed herein

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 656 | Embezzle, purloin, and misapply United States Currency; |
| 21 U.S.C. § 841(b)(1)(D) | Possession with the intent to distribute controlled substances |

The application is based on these facts:

SEE ATTACHED AFFIDAVIT WHICH IS INCORPORATED HEREIN BY REFERENCE

☑ Continued on the attached sheet.

☐ Delayed notice of ___ days (give exact ending date if more than 30 days: ___) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*
TFO Marc Wasem
Federal Bureau of Investigation (FBI)
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/16/2019

*Judge's signature*

City and state: St. Louis, MO

Honorable Patricia L. Cohen, U.S. Magistrate Judge
*Printed name and title*

AUSA: Allison H. Behrens, #38482MO

FILED

AUG 1 6 2019

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

# AFFIDAVIT FOR SEARCH WARRANT
# 4:19 MJ 6280 PLC

1. I, Marc Wasem, am currently a Detective employed by the Saint Louis Metropolitan Police Department (SLMPD). I have sixteen years of law enforcement experience, including investigations regarding various types of theft, robberies, shootings, homicides, drug trafficking and firearms offenses.

2. This affidavit is based upon my investigation and information received from other law enforcement officers during the course of the investigation. This affidavit is not intended to be a complete and detailed description of all of the facts and evidence discovered during this investigation. I have set forth information I believe is necessary to establish the required probable cause for the issuance of the search warrant. I believe the subject location contains contraband of violations of Title 18 U.S.C. § 656 and Title 21 U.S.C. § 841(b)(1)(B).

3. This affidavit is submitted in support of a search warrant for 1005A South Tucker Boulevard, Saint Louis, Missouri, 63104, within the Eastern District of Missouri. 1005A South Tucker Boulevard is described as a single-family apartment located on the second-floor, southeast corner, of a multi-family apartment building, of brick and wood frame construction. The door to 1005A South Tucker Boulevard is of metal construction and faces north. The residence is clearly marked with the numerics "1005A" on the outside of the building.

4. On, or about, August 13, 2019, within the City of Saint Louis and the Eastern District of Missouri, Malik Ross (Ross), social security number XXX-XX-4015, date of birth, XX/XX/1996, was employed by Garda World Cash Logistics (Garda) as a messenger/driver. Initial investigation revealed that Garda was acting as a courier service transporting United

1

States currency to Currency Exchange locations, and other businesses, within the City of Saint Louis. Garda was transporting the funds to the Currency Exchange on behalf of Midwest Regional Bank. The initial investigation reveals that Midwest Regional Bank is a federally insured bank.

5. At approximately 9:20 a.m., on August 13, 2019, Ross was occupying the driver's seat of a Garda armored vehicle. Ross responded to the Currency Exchange location at 1809 Olive Street, within the City of St. Louis, to conduct a delivery of United States currency. A co-employee who was with Ross exited the vehicle to conduct a money delivery while Ross waited inside the Garda vehicle. While the co-employee was inside the Currency Exchange, Ross exited the Garda vehicle and ran from the scene. Subsequent investigation revealed that approximately $50,000.00 in United States currency, which was to be delivered on behalf of Midwest Regional bank, to another Currency Exchange location within the City of Saint Louis, following the delivery at 1809 Olive Street, was taken from the Garda vehicle.

6. Video footage depicts Ross fleeing the scene northbound on North 18th Street and removing his Garda uniform shirt. A Garda uniform shirt was later located inside a trash can, at, or near the intersection of North 18th Street and Lucas Avenue.

7. It should be noted, during the course of this investigation, investigators learned Ross was a suspect in the murder of a seven-year-old victim. The murder occurred on August 12, 2019, at approximately 5:00 p.m., at or near, 3504 North 14th Street, Saint Louis, Missouri 63107.

8. On or about August 13, 2019, U.S. Magistrate Judge Patricia Cohen, United States District Court for the Eastern District of Missouri, issued a federal criminal complaint

and accompanying arrest warrant in Cause No. 4:19MJ 6245(PLC), charging Ross in violation of Title 18, United States Code, Section 656.

9. On or about August 14, 2019, at approximately 9:00 a.m., investigators located Ross within the residence at 4344 East Prairie Avenue, Saint louis, Missouri, 63107. Investigators learned Ross was staying at the location with Lorenzo Grimes (Grimes), social security number XXX-XX-1056, date of birth, XX/XX/1994 who is a resident of 4344 East Prairie Avenue. Grimes told investigators that Ross had recently given him $60.00 in crisp $1.00 bills. Grimes signed a consent to search form for his residence. SLMPD Homicide Investigator(s) also obtained a State-level search warrant for 4344 East Prairie Avenue which was issued by the 22nd Judicial Court of Missouri.

10. Upon searching 4344 East Prairie Avenue, investigators located a backpack underneath Grimes's bed on the second floor of the residence. The backpack contained various items, including approximately $23,780.00 in U.S. Currency, some of which was still banded, and loose money bands owned and marked by Garda World Cash Logistics. Grimes advised he had never seen the backpack prior to investigators locating it. Investigators located Ross's cellular telephone underneath a bed in another bedroom on the second floor of the residence.

11. Ross was subsequently interviewed by SLMPD Homicide investigators, booked on charges related to their murder investigation, and transported to the Saint Louis Justice Center awaiting disposition of his state-level charges.

12. On or about August 15, 2019, at approximately 3:00 p.m., Investigators assigned to the Fourth District Detective Bureau responded to the Saint Louis Justice Center to obtain a buccal sample from Ross. During their contact with Ross, Ross offered

information relative to the theft investigation and the homicide investigation. Ross was asked if he knew his rights per Miranda and Ross recited his Miranda rights to investigators and advised he was well versed in the law.

13. Ross informed officers that his aunt, identified as Shamekia Jackson (Jackson), social security number XXX-XX-0909, date of birth, XX/XX/1985, was involved in the robbery. He further stated that he had one-half of the money taken from the armored truck and Jackson had the other half of the stolen proceeds. Ross stated Jackson told Ross to hide at Grimes's residence and to give Grimes money to help him hide.

14. Ross asked to phone his mother Tamekia Ross (Tamekia), Social Security Number XXX-XX-7156, date of birth XX-XX-1979, so he could help facilitate return of the remaining currency. Investigators utilized a telephone inside the Saint Louis Justice Center and placed the phone on speaker phone mode while Ross called his mother. Ross asked his mother to have the remainder of the stolen money returned and informed his mother that "your sister," Jackson, had the money.

15. Tamekia advised investigators that Jackson lived at 1005A South Tucker Boulevard with her wife Rachel Jackson, and that she drives burgundy Volkswagen sedan. Investigators responded to 1005A South Tucker Boulevard. Investigators did not observe a burgundy Volkswagen parked in the area. Investigators knocked on the door to 1005A South Tucker Boulevard and upon approaching the door, were overwhelmed by a strong smell of unburnt marijuana emanating from the residence. The smell was so strong, as investigators knocked on the door and the door moved, the smell further overwhelmed them and filled the open landing area outside of the apartment. There was no answer at that residence.

4

16. Based upon my training and experience in drug trafficking investigations, I am aware the description provided by investigators is consistent with the storage of a large quantity of marijuana being held for distribution. Furthermore, approximately $25,000.00 of stolen United States currency is still missing and this amount of currency could be utilized to purchase a large quantity of marijuana for distribution.

17. Investigators contacted Ameran Corporate Security and learned utilities at 1005A South Tucker Boulevard are held by Rachel Jackson, social security number ending in 0035.

18. Investigators inspected cellular telephone records for Ross' known cellular telephone number 314-267-8223 which had been obtained by a state-level search warrant issued by the 22nd Judicial Court of Missouri. Inspection revealed communication between Ross and Jackson (314-410-9193) in the minutes after the murder of the seven-year-old victim on August 12, 2019, and also in the minutes after the theft on August 13, 2019.

19. Based upon my training and experience, I am aware that suspects involved in theft-related crimes often keep stolen goods inside their residences for an extended period of time to included months and even years, including U.S. Currency. Further, based upon my training and experience, the strength of the odor of marijuana is consistent with a large quantity of marijuana which would be indicative of distribution. Additionally, in my training and experience, persons who engage in the distribution of controlled substances often are in possession of firearms to protect their drug trade. Finally, based upon a review of the phone records in this investigation, investigators learned Jackson communicated with Ross in the time frame of the offenses. Based upon my training and experience, persons engaged in

criminal activity often use cellular telephones to communicate regarding criminal activity and routinely maintain their cell phones in their residences.

20. Thus, for the reasons stated, it is my belief that there is probable cause to believe that the following items are contained within the residence and are indicia of violations of Title 18 U.S.C. § 656 and Title 21 U.S.C. § 841(b)(1)(D):

> United States Currency
> Safes
> Cellular telephones and other electronic devices
> Indicia of occupancy, ownership and control
> Controlled substances, including Marijuana
> Scales and other drug distribution paraphernalia
> Firearms and ammunition
> Backpack used to store U.S. currency
> Any other items of contraband related to the charges listed herein

TFO FBI _Marc Wasem_  8-16-19
Marc Wasem                                  Date
Task Force Officer
FBI

Sworn to and subscribed before me this 16 day of August, 2019.

HONORABLE PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE
Eastern District of Missouri

6